**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**PHILLIP CONNOR,**

                                **Plaintiff,**                    REVISED SCHEDULING ORDER
-against-                                                          Case No. 20-cv-903-JS-SIL

**TALON AIR, INC. and ADAM KATZ,**

                                **Defendants.**
------------------------------------------------------------------------X

       Pursuant to Fed. R. Civ. P. 26 and the March 2, 2021 Status Conference before Magistrate Judge Steven I. Locke, the parties in the above references case, by their respective counsel, submit the following proposed scheduling order:

**DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| 8/24/2020 | Exchange of Rule 26(a)(1) disclosures |
| 9/25/2020 | Service of first interrogatories and document demands |
| 11/13/20 | Responses to first interrogatories and document demands |
| 12/11/20 | Motions to join new parties or amend the pleadings |
| 5/31/2021 | Completion of depositions |
| 6/8/2021 | Status Conference 10:30 A.M. |
| 7/31/2021 | Commencement of summary judgment motion practice |
| TBD by Court | Pretrial conference in courtroom 820 |

Westerman Ball Ederer Miller Zucker & Sharfstein, LLP    Law Office of Ralph A. Somma
Attorneys for Defendants    Attorney for Plaintiff
1201 RXR Plaza, Uniondale, New York 11556    175 West Main Street, Suite 1
By: Phil Campisi, Esq.    Babylon, NY 11702
    By: Ralph A. Somma, Esq.