| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 7/14/21<br>TIME: 10:30 am |

CASE:  **CV 20-0903 (JS) Connor v. Talon Air, Inc. et al**

TYPE OF CONFERENCE:   CHEEKS                                FTR:

APPEARANCES:
　　　For Plaintiff:   Ralph Somma

　　　For Defendant: Philip Campisi

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒　　Other:   Cheeks hearing held.


　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge