UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PHILLIP CONNOR,

                Plaintiff,

-against-

TALON AIR, INC., STRATOSPHERE
DEVELOPMENT COMPANY, LLC, and
ADAM KATZ,

                Defendants.
-----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-903 (JS) (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

      On July 13, 2021, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Phillip Connor and Defendants Talon Air, Inc., Stratosphere Development Company, LLC, and Adam Katz submitted a motion seeking approval of a Settlement and Release Agreement (the "Settlement Agreement").[1]  *See* DE [33].  On July 14, 2021, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [34].

      Having supervised the settlement negotiations and reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c).  *See* Docket Entry ("DE") [32]; Order dated June 24, 2021.

a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:      Central Islip, New York      **SO ORDERED.**
               July 14, 2021

<u>/s/ Steven I. Locke</u>
STEVEN I. LOCKE
United States Magistrate Judge